AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Bottom Line Concepts, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Civil Action No. |
|  | ) |
|  | ) |
| *Defendant* | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: GoDaddy.com, LLC
14455 N. Hayden Road
Scottsdale, AZ 85260
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: Bryn Law Group
2 South Biscayne Blvd., Suite 2600
Miami, Florida 33131 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____             _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

ISSUED ON 1:25 pm, Mar 21, 2023
s/ Debra D. Lucas, Clerk

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Bottom Line Concepts, LLC _____ , who issues or requests this subpoena, are:
Jason A. Fischer, 2 South Biscayne Blvd., Suite 2600, Miami, Florida 33131; jason@brynlaw.com; 305-374-0501

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Subpoena to GoDaddy.com, LLC for Identification of Copyright Infringer | Case No. _____ <br><br> **EXHIBIT A TO SUBPOENA COMMANDING PRODUCTION BY GODADDY.COM, LLC** |

Items and information requested pursuant to this subpoena are any and all information in your possession pertaining to the identity of the individuals who posted the video and content previously appearing at the following URL:

https://ercstraightline.com/wp-content/uploads/2023/02/Employe-Retention-HD.mp4

The information requested herein includes but is not limited to:

1. The individuals' usernames/account names;

2. The individuals' actual names;

3. The individuals' addresses;

4. The individuals' phone numbers;

5. The individuals' email addresses;

6. The individuals' IP addresses (including dates and times of access); and

7. Billing information for the individuals' accounts.

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

[Print]   [Save As...]   [Add Attachment]                    [Reset]